# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 08-198(1) (JRT/RLE) |
| Plaintiff, | Civil No. 10-2762 (JRT) |
| v. | **ORDER** |
| JOSEPH CHRIS HERNANDEZ, | |
| Defendant. | |

_____

David Fuller and James Alexander, Assistant United States Attorneys, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Gary Wolf, **WOLF LAW OFFICE**, 150 Second Avenue South, Suite 205, Minneapolis, MN 55401; Deborah Ellis, **ELLIS LAW OFFICE**, 101 East Fifth Street, Suite 2626, St. Paul, MN 55101, for defendant.

Defendant has filed a motion to vacate, set aside or correct the sentence pursuant to 28 U.S.C. § 2255 [Docket No. 118]. **IT IS HEREBY ORDERED** that the government shall respond to the said motion by July 21, 2010.

DATED: June 30, 2010
at Minneapolis, Minnesota.
                                                    ____ s/ John R. Tunheim _____
                                                          JOHN R. TUNHEIM
                                                    United States District Judge